1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

| JOSEPH AUGUSTINE BOYD, | CASE NO. C21-234 RSM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DOW CONSTANTINE, et al., | |
| Defendants. | |

14

15

16

17

18

19

20

21

22

23

24

This matter is before the Court on Plaintiff's Motion to Reschedule Deadlines and Continue Conference Disclosure and Joint Status Report. Dkt. #10. Plaintiff's motion seeks relief from approaching case deadlines for two reasons. First, additional time may allow for the Court to issue an order on a pending motion to dismiss, obviating the need for further litigation in federal court. *Id.* at 1–2. Second, Plaintiff's counsel indicates that he represents several criminal defendants and that one defendant with a complex human trafficking case is currently in a trial that is expected to continue until mid-May. *Id.* at 2–3. Defendant King County has responded and does not object to Plaintiff's request for relief.[1] Dkt. #11.

---

[1] The Court notes the possibility that further communication between counsel could have resulted in submission of a stipulated motion and order.

ORDER – 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Having reviewed the motion, response, and the remainder of the record, the Court finds and ORDERS that good cause justifies an extension of deadlines and GRANTS Plaintiff's motion (Dkt. #10).[2]  Accordingly, the deadlines set in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. #6) are vacated and stricken pending a ruling on defendants' motion to dismiss or further order of the Court.

DATED this 16th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[2] The Court takes a moment to note that the justification for the extension wholly reasonable. Delay, and perhaps stress, were added to the process because Plaintiff did not note his motion for consideration as required by the Court's local rules. *See* W.D. WASH. LOCAL RULES LCR 7(b)(1). Additional delay can be attributed to Plaintiff's failure to provide the Court with an electronic copy of his proposed order in the Court's electronic orders inbox.  *See* W.D. WASH. ELECTRONIC FILING PROCEDURES FOR CIVIL AND CRIMINAL CASES 10, available at https://www.wawd.uscourts.gov/sites/wawd/files/ECFFilingProcedures.pdf.  Plaintiff's counsel is reminded that he is expected to be familiar with this Court's rules.

ORDER – 2